UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60568-CIV-UNGARO

QUALITY CONCRETE and RENTAL, INC.,
    Plaintiff,

vs.

VALLEY FORGE INSURANCE CO.,
    Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION TO STRIKE**

THIS CAUSE came before the Court upon Defendant's Motion to Strike its Answer, Affirmative Defenses, and Counterclaim for Declaratory Relief, filed April 28, 2008. (D.E. 3.)

THIS COURT has considered Plaintiff's Motion, Defendant's Response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said Motion is GRANTED. Defendant's Answer, Affirmative Defenses and Counterclaim for Declaratory Relief, (D.E. 2) is STRICKEN. Defendant's Corrected Answer, Affirmative Defenses, and Counterclaim for Declaratory Relief, (D.E. 3) stands as filed.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of April, 2008.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Simonton
Counsel of Record