UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60568-CIV-UNGARO

QUALITY CONCRETE and RENTAL, INC.,
    Plaintiff,

vs.

VALLEY FORGE INSURANCE CO.,
    Defendant.
_____/

**ORDER GRANTING ADMISSION PRO HAC VICE**

THIS CAUSE is before the Court upon the Motions for Admission Pro Hac Vice of Pamela Dunlop Gates, filed on May 9, 2008. (D.E. 12.)

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the said motion is hereby GRANTED. Pamela Dunlop Gates is granted leave to appear and participate in this action on behalf of Defendant Valley Forge Insurance Company. The Clerk shall provide electronic notification of all filings to Pamela Dunlop Gates at pamela.dunlopgates@cna.com and gates_pdunlopo@sbcglobal.net.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of May, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record