UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60568-CIV-UNGARO

QUALITY CONCRETE and RENTAL, INC.,
    Plaintiff,

vs.

VALLEY FORGE INSURANCE CO.,
    Defendant.
_____/

### NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon the parties' Notice of Settlement.

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by March 6, 2009 at 5:00 p.m. If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of January, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record